AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Royal, Charles A. | U.S. Middle District - Georgia | 5/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U. S. Courthouse
475 Mulberry Street
Macon, GA 31202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Executor | Estate #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life (Whole Life policy) | A | Dividend | | | Redeemed | 10/1/18 | L | | |
| 2. Federated Prime Money Market/Obligation Fund | C | Interest | N | T | | | | | |
| 3. MetaMorphix, Inc. | | None | J | T | | | | | |
| 4. Polywad, Inc. | | None | J | T | | | | | |
| 5. SunTrust Account #3 | | None | J | T | | | | | |
| 6. SunTrust Account #4 | | None | J | T | | | | | |
| 7. Estate #1 | | None | J | T | | | | | |
| 8. Oxford Square Capital Corp. f/k/a TICC Capital Corp | A | Dividend | J | T | | | | | |
| 9. Legacy RESVS | | None | J | T | | | | | |
| 10. AT & T Inc | C | Dividend | L | T | | | | | |
| 11. Verizon Communications | B | Dividend | L | T | | | | | |
| 12. Northwestern Corp | B | Dividend | L | T | | | | | |
| 13. Southern Company | B | Dividend | K | T | | | | | |
| 14. Brookfield Infrastruction Partners | C | Dividend | L | T | | | | | |
| 15. Apollo Invt. Corp. | A | Dividend | | | Sold | 12/18/18 | J | A | |
| 16. Conagra Brands, Inc. | A | Dividend | K | T | | | | | |
| 17. Estate #2 | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Consolidated Edison, Inc. | C | Dividend | L | T | | | | | |
| 19. Baron Small Cap Fund | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 20. Credit Suisse Comm Ret Strat | A | Dividend | J | T | | | | | |
| 21. Adv Edgewood Gwth Fd Instl CL | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 22. Delaware Small Cap Value | A | Dividend | J | T | | | | | |
| 23. Principal Midcap Fund CL P | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 24. Franklin Mutual Shares CL Z | A | Dividend | | | Sold | 08/15/18 | J | A | |
| 25. American Investment Co of America | B | Dividend | J | T | Sold (part) | 04/16/18 | J | B | |
| 26. Morgan Stanley Inst Glob Real Est (MSIF)/ New World Bond MSIS Global | A | Dividend | J | T | | | | | |
| 27. T. Rowe Price Equity Inc. CLI/TRP Equity Income I | A | Dividend | J | T | | | | | |
| 28. Dodge & Cox International Stock | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 29. Amer Int'l Grownth & Income | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 30. MFS International Equity | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 31. American New World CL F3 | A | Dividend | K | T | | | | | |
| 32. Bridge Builder Core Bond Fund | A | Dividend | L | T | | | | | |
| 33. Bridge Builder Large Growth | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 34. Bridge Builder Large Value | A | Dividend | K | T | Sold (part) | 04/16/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bridge Builder Int'l. Equity | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 36. PIMCO Total Return IV | | None | | | Sold | 08/15/18 | J | A | |
| 37. Prudential High Yield Fund CLQ/Pgim High Yield | A | Dividend | J | T | | | | | |
| 38. JP Morgan US Gov't MWF Capital | A | Dividend | J | T | | | | | |
| 39. Eastern MI Univ Build Amer Bds | B | Interest | K | T | | | | | |
| 40. Charleston Cnty SC Hosp Roper | A | Interest | | | Sold | 08/15/18 | K | A | |
| 41. SC Jobs Economic Dev Auth Hosp | A | Interest | | | Sold | 06/14/18 | K | A | |
| 42. American Balanced Fund CLA | B | Dividend | M | T | | | | | |
| 43. Amern High Incm Muni Bd Fd A | B | Dividend | L | T | | | | | |
| 44. American Capital Income Builder Fund CLA | B | Dividend | M | T | | | | | |
| 45. American Capital World Grw & Inc Fund A | B | Dividend | M | T | | | | | |
| 46. Eaton Vance SC Mun Incm Fd C | A | Dividend | J | T | | | | | |
| 47. American Europacific Growth Fund CLA | A | Dividend | J | T | | | | | |
| 48. Franklin Adj US Govt Secs Fd A | A | Dividend | J | T | | | | | |
| 49. Franklin Equity Income Fund A | A | Dividend | K | T | | | | | |
| 50. Franklin Foundings Fd Alloc A | A | Dividend | K | T | | | | | |
| 51. Franklin Growth Series Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Franklin Income Fund CLA | A | Dividend | J | T | | | | | |
| 53. Franklin Mut Glbl Dscv Fd CLA | A | Dividend | J | T | | | | | |
| 54. Franklin Mutual Shares Fund A | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 55. Franklin Small Cap Value Fd A | A | Dividend | J | T | | | | | |
| 56. Franklin Total Return Fund A | A | Dividend | K | T | | | | | |
| 57. Franklin US Government Secs A | A | Dividend | J | T | | | | | |
| 58. American Growth Fund of America CLA | A | Dividend | J | T | | | | | |
| 59. Hartford Balanced Fund CLA | A | Dividend | K | T | | | | | |
| 60. Hartford Cap Appreciation CLA | A | Dividend | K | T | | | | | |
| 61. Hartford Core Equity CLA | A | Dividend | K | T | | | | | |
| 62. Hartford Dividend & Growth A | A | Dividend | K | T | | | | | |
| 63. Hartford Healthcare Fund CLA | A | Dividend | K | T | | | | | |
| 64. Hartford Midcap Fund CLA | A | Dividend | K | T | | | | | |
| 65. Hartford Quality Value CLA | A | Dividend | K | T | | | | | |
| 66. American Income Fund of America Fund A | B | Dividend | L | T | | | | | |
| 67. Invesco Global Growth Fd CLA | A | Dividend | J | T | | | | | |
| 68. Invesco Technology Fund CLA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Investment Co of America Fd A | C | Dividend | L | T | | | | | |
| 70. American New Perspective Fund CLA | A | Dividend | M | T | | | | | |
| 71. Templeton Growth Fund A | A | Dividend | J | T | | | | | |
| 72. American Washington Mutual Invest Fd | A | Dividend | L | T | | | | | |
| 73. Nvidia Corp. | B | Dividend | N | T | | | | | |
| 74. Lamb Weston Holding, Inc. | A | Dividend | K | T | | | | | |
| 75. Abbvie Inc | B | Dividend | K | T | | | | | |
| 76. Crown Castle Int'l Corp | B | Dividend | L | T | | | | | |
| 77. Regeneron Pharmaceuticals Inc | | None | | | Sold | 02/16/18 | M | A | |
| 78. Bridge Builder Small/Mid Value | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 79. Bridge Builder Core Plus Bond | A | Dividend | K | T | | | | | |
| 80. Hartford World Bond CLF | A | Dividend | J | T | | | | | |
| 81. LSV Value Equity | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 82. Federated Trsy Obligs MM | B | Dividend | M | T | Buy | 02/21/18 | M | | |
| 83. Federated Trsy Obligs MM | B | Dividend | M | T | Buy (add'l) | 10/30/18 | M | | |
| 84. Hartford International Equity | A | Dividend | J | T | Buy | 10/26/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 5/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

Estate #1 - I have no beneficial interest in the estate. There are no assets owned by the estate. There have been no acquisitions, dispositions or capital gains. This response includes now and at all times during the reporting period.

Estate #2 - I have no beneficial interest in the estate. There are no assets owned by the estate. There have been no acquisitions, dispositions or capital gains. This response includes now and at all times during the reporting period.

#1 - Northwestern Mutual Life is no longer a life insurance policy. This was cashed out and put in 401k

#75 New World Fund CLA deleted as duplicate of #31

#66 - Hartford Glbl Cap Apprec Fd A was sold in 2017 and was not noted in 2018 disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles A. Royal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544